# UNITED STATES DISTRICT COURT

For the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE CITY OF CHICAGO, AND THE CITY OF NEW YORK *ex rel.* OMNI HEALTHCARE INC., | |
| | Case No.: 1:12-cv-06440-NG |
| Plaintiffs, | |
| v. | |
| MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION, MCKESSON SPECIALTY DISTRIBUTION LLC, MCKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P., ONCOLOGY THERAPEUTICS NETWORK CORPORATION, ONCOLOGY THERAPEUTICS NETWORK JOINT VENTURE, L.P., US ONCOLOGY, INC., and US ONCOLOGY SPECIALTY, L.P., | |
| Defendants. | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MCKESSON CORPORATION
One Post Street,
San Francisco, CA, 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Vezina, Esq.
280 N Old Woodward Ave, # LL20
Birmingham, Michigan 48009

BOIES SCHILLER FLEXNER LLP
Courtney R. Rockett
Lisa Sokolowski
333 Main Street
Armonk, New York 10504

George F. Carpinello
Teresa A. Monroe
30 South Pearl Street
Albany, New York 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  4/23/2018

/s/ *C. Barrett*

*Signature of Clerk or Deputy Clerk*



Civil Action No.  1:12-cv-06440-NG

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was

received by me on *(date)* _____.

- I personally served the summons on the individual at *(place)*_____ on

  *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with

  *(name)*_____,  a person of suitable age and discretion who resides

  there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* , who is designated by law to accept service of process

  on behalf of *(name of organization)*_____ on

  *(date)*_____ ; or

- I returned the summons unexecuted because_____ ; or

- Other *(specify):*

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

 Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

For the
Eastern District of New York

UNITED STATES OF AMERICA, THE STATES
OF CALIFORNIA, COLORADO, CONNECTICUT,
DELAWARE, DISTRICT OF COLUMBIA,
FLORIDA, GEORGIA, HAWAII, ILLINOIS,
INDIANA, IOWA, LOUISIANA, MARYLAND,
MASSACHUSETTS, MICHIGAN, MINNESOTA,
MONTANA, NEVADA, NEW HAMPSHIRE, NEW
JERSEY, NEW MEXICO, NEW YORK, NORTH
CAROLINA, OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, VERMONT, VIRGINIA,
WASHINGTON, WISCONSIN, THE CITY OF
CHICAGO, AND THE CITY OF NEW YORK *ex
rel.* OMNI HEALTHCARE INC.,

                                        Plaintiffs,          Case No.: 1:12-cv-06440-NG

            v.

MCKESSON CORPORATION, MCKESSON
SPECIALTY CARE DISTRIBUTION
CORPORATION, MCKESSON SPECIALTY
DISTRIBUTION LLC, MCKESSON SPECIALTY
CARE DISTRIBUTION JOINT VENTURE, L.P.,
ONCOLOGY THERAPEUTICS NETWORK
CORPORATION, ONCOLOGY THERAPEUTICS
NETWORK JOINT VENTURE, L.P., US
ONCOLOGY, INC., and US ONCOLOGY
SPECIALTY, L.P.,

                                        Defendants.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ONCOLOGY THERAPEUTICS NETWORK CORPORATION

395 Oyster Point Blvd., Suite 500
South San Francisco California 94080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Vezina, Esq.
280 N Old Woodward Ave, # LL20
Birmingham, Michigan 48009

BOIES SCHILLER FLEXNER LLP
Courtney R. Rockett
Lisa Sokolowski
333 Main Street
Armonk, New York 10504

George F. Carpinello
Teresa A. Monroe
30 South Pearl Street
Albany, New York 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  4/23/2018

/s/ *C. Barrett*
*Signature of Clerk or Deputy Clerk*



Civil Action No.  1:12-cv-06440-NG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was
received by me on *(date)* _____.

- ▪ I personally served the summons on the individual at *(place)*_____ on
  *(date)*_____ ; or

- ▪ I left the summons at the individual's residence or usual place of abode with
  *(name)*_____ ,  a person of suitable age and discretion who resides
  there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ▪ I served the summons on *(name of individual)* , who is designated by law to accept service of process
  on behalf of *(name of organization)*_____ on
  *(date)*_____ ; or

- ▪ I returned the summons unexecuted because_____ ; or

- ▪ Other *(specify):*

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

  Date:

                                        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

For the
Eastern District of New York

UNITED STATES OF AMERICA, THE STATES
OF CALIFORNIA, COLORADO, CONNECTICUT,
DELAWARE, DISTRICT OF COLUMBIA,
FLORIDA, GEORGIA, HAWAII, ILLINOIS,
INDIANA, IOWA, LOUISIANA, MARYLAND,
MASSACHUSETTS, MICHIGAN, MINNESOTA,
MONTANA, NEVADA, NEW HAMPSHIRE, NEW
JERSEY, NEW MEXICO, NEW YORK, NORTH
CAROLINA, OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, VERMONT, VIRGINIA,
WASHINGTON, WISCONSIN, THE CITY OF
CHICAGO, AND THE CITY OF NEW YORK *ex
rel.* OMNI HEALTHCARE INC.,

|                      |                           |
|----------------------|---------------------------|
| Plaintiffs,          | Case No.: 1:12-cv-06440-NG |
| v.                   |                           |

MCKESSON CORPORATION, MCKESSON
SPECIALTY CARE DISTRIBUTION
CORPORATION, MCKESSON SPECIALTY
DISTRIBUTION LLC, MCKESSON SPECIALTY
CARE DISTRIBUTION JOINT VENTURE, L.P.,
ONCOLOGY THERAPEUTICS NETWORK
CORPORATION, ONCOLOGY THERAPEUTICS
NETWORK JOINT VENTURE, L.P., US
ONCOLOGY, INC., and US ONCOLOGY
SPECIALTY, L.P.,

Defendants.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ONCOLOGY THERAPEUTICS NETWORK JOINT VENTURE, L.P.

395 Oyster Point Blvd., Suite 500
South San Francisco California 94080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Vezina, Esq.
280 N Old Woodward Ave, # LL20
Birmingham, Michigan 48009

BOIES SCHILLER FLEXNER LLP
Courtney R. Rockett
Lisa Sokolowski
333 Main Street
Armonk, New York 10504

George F. Carpinello
Teresa A. Monroe
30 South Pearl Street
Albany, New York 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:   4/23/2018

/s/ *C. Barrett*
*Signature of Clerk or Deputy Clerk*



Civil Action No.  1:12-cv-06440-NG

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* _____ was

received by me on *(date)* _____.

- ▪ I personally served the summons on the individual at *(place)*_____ on

  *(date)*_____ ; or

- ▪ I left the summons at the individual's residence or usual place of abode with

  *(name)*_____ ,  a person of suitable age and discretion who resides

  there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ▪ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process

  on behalf of *(name of organization)*_____ on

  *(date)*_____ ; or

- ▪ I returned the summons unexecuted because_____ ; or

- ▪ Other *(specify):*

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

  Date:

                                        _____
                                        *Server's signature*


                                        _____
                                        *Printed name and title*


                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

For the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE CITY OF CHICAGO, AND THE CITY OF NEW YORK *ex rel.* OMNI HEALTHCARE INC., | |
| Plaintiffs, | Case No.: 1:12-cv-06440-NG |
| v. | |
| MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION, MCKESSON SPECIALTY DISTRIBUTION LLC, MCKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P., ONCOLOGY THERAPEUTICS NETWORK CORPORATION, ONCOLOGY THERAPEUTICS NETWORK JOINT VENTURE, L.P., US ONCOLOGY, INC., and US ONCOLOGY SPECIALTY, L.P., | |
| Defendants. | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION
c/o:

McKesson Specialty Health
10101 Woodloch Forest,
The Woodlands, TX, 77380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Vezina, Esq.
280 N Old Woodward Ave, # LL20
Birmingham, Michigan 48009

BOIES SCHILLER FLEXNER LLP
Courtney R. Rockett
Lisa Sokolowski
333 Main Street
Armonk, New York 10504

George F. Carpinello
Teresa A. Monroe
30 South Pearl Street
Albany, New York 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:___4/23/2018___

/s/ *C. Barrett*
*Signature of Clerk or Deputy Clerk*



Civil Action No.  1:12-cv-06440-NG

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was

received by me on *(date)* _____ .

- ▪ I personally served the summons on the individual at *(place)*_____ on

   *(date)*_____ ; or

- ▪ I left the summons at the individual's residence or usual place of abode with

   *(name)*_____ ,  a person of suitable age and discretion who resides

   there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ▪ I served the summons on *(name of individual)* , who is designated by law to accept service of process

   on behalf of *(name of organization)*_____ on

   *(date)*_____ ; or

- ▪ I returned the summons unexecuted because_____ ; or

- ▪ Other *(specify):*

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

  Date:

                                       _____
                                       *Server's signature*


                                       _____
                                       *Printed name and title*


                                       _____
                                       *Server's address*


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

For the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE CITY OF CHICAGO, AND THE CITY OF NEW YORK *ex rel.* OMNI HEALTHCARE INC.,<br><br>                                    Plaintiffs,<br><br>            v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION, MCKESSON SPECIALTY DISTRIBUTION LLC, MCKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P., ONCOLOGY THERAPEUTICS NETWORK CORPORATION, ONCOLOGY THERAPEUTICS NETWORK JOINT VENTURE, L.P., US ONCOLOGY, INC., and US ONCOLOGY SPECIALTY, L.P.,<br><br>                                    Defendants. | Case No.: 1:12-cv-06440-NG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MCKESSON SPECIALTY DISTRIBUTION LLC
c/o:

McKesson Specialty Health
10101 Woodloch Forest,
The Woodlands, TX, 77380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Vezina, Esq.
280 N Old Woodward Ave, # LL20
Birmingham, Michigan 48009

BOIES SCHILLER FLEXNER LLP
Courtney R. Rockett
Lisa Sokolowski
333 Main Street
Armonk, New York 10504

George F. Carpinello
Teresa A. Monroe
30 South Pearl Street
Albany, New York 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/23/2018

/s/ C. Barett
*Signature of Clerk or Deputy Clerk*



Civil Action No.  1:12-cv-06440-NG

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was

received by me on *(date)* _____.

- ▪ I personally served the summons on the individual at *(place)*_____ on

  *(date)*_____ ; or

- ▪ I left the summons at the individual's residence or usual place of abode with

  *(name)*_____ ,  a person of suitable age and discretion who resides

  there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ▪ I served the summons on *(name of individual)* , who is designated by law to accept service of process

  on behalf of *(name of organization)*_____ on

  *(date)*_____ ; or

- ▪ I returned the summons unexecuted because_____ ; or

- ▪ Other *(specify):*

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

  Date:

                                        _____

                                        *Server's signature*


                                        _____

                                        *Printed name and title*


                                        _____

                                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

For the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE CITY OF CHICAGO, AND THE CITY OF NEW YORK *ex rel.* OMNI HEALTHCARE INC.,<br><br>                                   Plaintiffs,<br><br>            v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION, MCKESSON SPECIALTY DISTRIBUTION LLC, MCKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P., ONCOLOGY THERAPEUTICS NETWORK CORPORATION, ONCOLOGY THERAPEUTICS NETWORK JOINT VENTURE, L.P., US ONCOLOGY, INC., and US ONCOLOGY SPECIALTY, L.P.,<br><br>                                   Defendants. | Case No.: 1:12-cv-06440-NG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MCKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P.
c/o:

McKesson Specialty Health
10101 Woodloch Forest,
The Woodlands, TX, 77380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Vezina, Esq.
280 N Old Woodward Ave, # LL20
Birmingham, Michigan 48009

BOIES SCHILLER FLEXNER LLP
Courtney R. Rockett
Lisa Sokolowski
333 Main Street
Armonk, New York 10504

George F. Carpinello
Teresa A. Monroe
30 South Pearl Street
Albany, New York 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

### DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  __4/23/2018__

_/s/ C. Barrett_
*Signature of Clerk or Deputy Clerk*



Civil Action No.  1:12-cv-06440-NG

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was

received by me on *(date)* _____ .

- I personally served the summons on the individual at *(place)* _____ on

  *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with

  *(name)* _____ ,  a person of suitable age and discretion who resides

  there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process

  on behalf of *(name of organization)* _____ on

  *(date)* _____ ; or

- I returned the summons unexecuted because_____ ; or

- Other *(specify):*

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

  Date:

                                              _____
                                              *Server's signature*


                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

For the
Eastern District of New York

UNITED STATES OF AMERICA, THE STATES
OF CALIFORNIA, COLORADO, CONNECTICUT,
DELAWARE, DISTRICT OF COLUMBIA,
FLORIDA, GEORGIA, HAWAII, ILLINOIS,
INDIANA, IOWA, LOUISIANA, MARYLAND,
MASSACHUSETTS, MICHIGAN, MINNESOTA,
MONTANA, NEVADA, NEW HAMPSHIRE, NEW
JERSEY, NEW MEXICO, NEW YORK, NORTH
CAROLINA, OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, VERMONT, VIRGINIA,
WASHINGTON, WISCONSIN, THE CITY OF
CHICAGO, AND THE CITY OF NEW YORK *ex
rel.* OMNI HEALTHCARE INC.,

                        Plaintiffs,

        v.

MCKESSON CORPORATION, MCKESSON
SPECIALTY CARE DISTRIBUTION
CORPORATION, MCKESSON SPECIALTY
DISTRIBUTION LLC, MCKESSON SPECIALTY
CARE DISTRIBUTION JOINT VENTURE, L.P.,
ONCOLOGY THERAPEUTICS NETWORK
CORPORATION, ONCOLOGY THERAPEUTICS
NETWORK JOINT VENTURE, L.P., US
ONCOLOGY, INC., and US ONCOLOGY
SPECIALTY, L.P.,

                        Defendants.

Case No.: 1:12-cv-06440-NG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

US ONCOLOGY, INC.
c/o:

McKesson Specialty Health
10101 Woodloch Forest,
The Woodlands, TX, 77380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Vezina, Esq.
280 N Old Woodward Ave, # LL20
Birmingham, Michigan 48009

BOIES SCHILLER FLEXNER LLP
Courtney R. Rockett
Lisa Sokolowski
333 Main Street
Armonk, New York 10504

George F. Carpinello
Teresa A. Monroe
30 South Pearl Street
Albany, New York 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: __4/23/2018__

/s/ *C. Barett*
Signature of Clerk or Deputy Clerk



Civil Action No. 1:12-cv-06440-NG

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

- ▪ I personally served the summons on the individual at *(place)*_____ on *(date)*_____ ; or

- ▪ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ▪ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*_____ on *(date)*_____ ; or

- ▪ I returned the summons unexecuted because_____ ; or

- ▪ Other *(specify):*

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

For the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE CITY OF CHICAGO, AND THE CITY OF NEW YORK *ex rel.* OMNI HEALTHCARE INC., | |
| Plaintiffs, | Case No.: 1:12-cv-06440-NG |
| v. | |
| MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION, MCKESSON SPECIALTY DISTRIBUTION LLC, MCKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P., ONCOLOGY THERAPEUTICS NETWORK CORPORATION, ONCOLOGY THERAPEUTICS NETWORK JOINT VENTURE, L.P., US ONCOLOGY, INC., and US ONCOLOGY SPECIALTY, L.P., | |
| Defendants. | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

US ONCOLOGY SPECIALTY, L.P.
c/o:

McKesson Specialty Health
10101 Woodloch Forest,
The Woodlands, TX, 77380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Vezina, Esq.
280 N Old Woodward Ave, # LL20
Birmingham, Michigan 48009

BOIES SCHILLER FLEXNER LLP
Courtney R. Rockett
Lisa Sokolowski
333 Main Street
Armonk, New York 10504

George F. Carpinello
Teresa A. Monroe
30 South Pearl Street
Albany, New York 12207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  4/23/2018

/s/ C. Barrett

*Signature of Clerk or Deputy Clerk*



Civil Action No. 1:12-cv-06440-NG

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was

received by me on *(date)* _____.

- ▪ I personally served the summons on the individual at *(place)*_____ on

  *(date)*_____ ; or

- ▪ I left the summons at the individual's residence or usual place of abode with

  *(name)*_____ , a person of suitable age and discretion who resides

  there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ▪ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process

  on behalf of *(name of organization)*_____ on

  *(date)*_____ ; or

- ▪ I returned the summons unexecuted because_____ ; or

- ▪ Other *(specify):*

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: