UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, THE CITY OF CHICAGO, AND THE CITY OF NEW YORK *ex rel.* OMNI HEALTHCARE INC., <br><br>                          Plaintiffs,<br>   v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION, MCKESSON SPECIALTY DISTRIBUTION LLC, MCKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P., ONCOLOGY THERAPEUTICS NETWORK CORPORATION, ONCOLOGY THERAPEUTICS NETWORK JOINT VENTURE, L.P., US ONCOLOGY, INC., and US ONCOLOGY SPECIALTY, L.P.,<br><br>                          Defendants. | Civil Action No. 1:12-CV-06440 (NG) (LB)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants McKesson Corporation, McKesson Specialty Care Distribution Corporation, McKesson Specialty Distribution LLC, McKesson Specialty Care Distribution Joint Venture, L.P., Oncology Therapeutics Network Corporation, Oncology Therapeutics Network Joint Venture, L.P., US Oncology, Inc., and US Oncology Specialty, L.P., state as follows:

(1) Defendant McKesson Corporation is a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of the stock of McKesson Corporation.

(2) Defendant McKesson Specialty Distribution LLC is a wholly owned subsidiary of McKesson Corporation, a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of the stock of McKesson Corporation.

(3) Defendant US Oncology, Inc. is a wholly owned subsidiary of US Oncology Holdings, Inc., which is a wholly owned subsidiary of McKesson Corporation, a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of the stock of McKesson Corporation.

(4) Defendant McKesson Specialty Care Distribution Joint Venture, L.P., Defendant Oncology Therapeutics Network Corporation, and Defendant Oncology Therapeutics Network Joint Venture, L.P. no longer exist as independent entities and have been merged with Defendant McKesson Specialty Care Distribution Corporation.

(5) Defendant McKesson Specialty Care Distribution Corporation is a wholly owned subsidiary of US Oncology, Inc., which is a wholly owned subsidiary of US Oncology Holdings, Inc., which is a wholly owned subsidiary of McKesson Corporation, a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of the stock of McKesson Corporation.

(6) Defendant US Oncology Specialty, L.P. is owned 99% by AORT Holding Company and 1% by US Oncology Corporation, Inc. AORT Holding Company is a wholly owned subsidiary of US Oncology Holdings, Inc., which is a wholly owned subsidiary of McKesson Corporation. US Oncology Corporation, Inc. is a wholly owned subsidiary of

McKesson Corporation. McKesson Corporation is a publicly held corporation that has no parent corporation. No publicly held corporation owns 10% or more of the stock of McKesson Corporation.

Dated: May 16, 2018

Respectfully submitted,

/s/ Christopher M. Denig
    Christopher M. Denig

Ethan M. Posner*
Christopher M. Denig
Michael M. Maya*
Giulia M. di Marzo*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: 202.662.6000
Fax: 202.662.6291
eposner@cov.com
cdenig@cov.com
mmaya@cov.com
gdimarzo@cov.com

*Pro hac vice application to be filed*

*Attorneys for Defendants*