

September 24, 2018

**BY EMAIL AND ECF**

Christopher M. Denig (cdenig@cov.com)
Ethan M. Posner (eposner@cov.com)
Michael M. Maya (mmaya@cov.com)
Giulia M. di Marzo (gdimarzo@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

      Re:   *United States of America ex rel. Omni Healthcare Inc., v. McKesson Corporation, et al.*, Case No.: 12-CV-06440(NG)(LB)

Dear Counsel:

      In accordance with Judge Gershon's individual practice rule 3.C and the briefing schedule set by the Court's order of September 7, 2018, ECF No. 50, enclosed please find Omni's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

Sincerely,

George F. Carpinello

GFC/afc

Cc:   The Honorable Nina Gershon (by ECF without enclosures)
       Magistrate Judge Bloom (by ECF without enclosures)
       Deborah B. Zwany Deborah.Zwany@usdoj.gov (by Email with enclosure)
       Matthew Silverman matthew.silverman@usdoj.gov (by Email with enclosure)
       Elizabeth Ann Silverman elizabeth.silverman@ag.ny.gov (by Email with enclosure)