

November 1, 2018

**BY ECF AND FEDEX**

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America ex rel. Omni Healthcare Inc., v. McKesson Corporation, et al.*, **Case No.: 12-CV-06440(NG)(LB)**

Dear Judge Gershon:

    Pursuant to Rule 3 of Your Honor's Individual Motion Practices, and Your Honor's Order dated October 25, 2018 granting leave to file a Sur-Reply, enclosed please find Plaintiff's Sur-Reply in Further Opposition to Defendants' Motion to Dismiss.

                                          Respectfully Submitted,

                                          George F. Carpinello

GFC/afc

Cc:    Magistrate Judge Bloom (by ECF without enclosures)
        Deborah B. Zwany Deborah.Zwany@usdoj.gov (by Email with enclosure)
        Matthew Silverman matthew.silverman@usdoj.gov (by Email with enclosure)
        Elizabeth Ann Silverman elizabeth.silverman@ag.ny.gov (by Email with enclosure)
        Ethan M. Posner eposner@cov.com (by Email with enclosure)
        Christopher M. Denig cdenig@cov.com (by Email with enclosure)
        Michael M. Maya mmaya@cov.com (by Email with enclosure)
        Giulia M. di Marzo gdimarzo@cov.com (by Email with enclosure)