## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 6, 2019 |
| **TIME:** | 4:30 P.M. |
| **DOCKET NUMBER(S):** | CV-12-6440 (NG) |
| **NAME OF CASE(S):** | **UNITED STATES ET AL. V. MCKESSON CORP. ET AL.** |
| **FOR PLAINTIFF(S):** | Carpinello |
| **FOR DEFENDANT(S):** | Posner, Di Marzo |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 4:32 - 4:42 |

### RULINGS FROM STATUS CONFERENCE:

Parties are in the process of completing paper discovery and will be starting depositions in the near future. Parties shall confer and file a joint proposed schedule for all remaining discovery by January 17, 2020. Parties will advise the Court when a settlement conference would be productive.